UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JOSHUA BERG, et al., | No. C15-01359 LB |
| Plaintiffs, | **_SUA SPONTE_ JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| LUMBER LIQUIDATORS, INC., et al., | |
| Defendants. | |

On March 24, 2015, Plaintiffs Joshua Berg, et al., filed the instant action against Defendants Lumber Liquidators, Inc., et al.. Complaint, ECF No. 1.[1] After reviewing the complaint, it appears that the action concerns substantially the same parties and events involved in several actions assigned to Judge Tigar. *See*, *e.g.*, *Balero v. Lumber Liquidators, Inc.*, No. C15-01005 JST. Accordingly, pursuant to Civil Local Rule 3-12(c), the undersigned respectfully refers the above-captioned action to Judge Tigar for the purposes of determining relationship to *Balero v. Lumber Liquidators, Inc.*, No. C15-01005 JST.

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

C15-01359 LB
REFERRAL FOR RELATIONSHIP DETERMINATION

1 **IT IS SO ORDERED.**

2 Dated: March 26, 2014

LAUREL BEELER
United States Magistrate Judge